

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2022

No. 04-22-00135-CV

**IN RE** Victor Hugo **GONZALEZ**, Relator

Original Proceeding[1]

**ORDER**

Sitting:      Beth Watkins, Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

On March 4, 2022, relator filed a petition for writ of mandamus and a motion for emergency temporary relief requesting a stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator did not show he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). An opinion will issue at a later date.

Relator's motion for emergency temporary relief is DENIED AS MOOT.

It is so **ORDERED** on March 7, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court

---

[1]This proceeding arises out of Cause No. 19-03-37128-MCV, styled *In the Matter of the Marriage of Victor Hugo Gonzalez and Ana Maria Gonzalez and In the Interest of R.G. and S.A.G., Children*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Maribel Flores presiding.